

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-14-00126-CR

Joel Price **MORRIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5226
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is hereby GRANTED. The reporter's record is due August 11, 2014.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2014.

Keith E. Hottle
Clerk of Court